# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Lauren Bradshaw, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00262-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2021 Order.

July 29, 2021

Frank G. Johns, Clerk
United States District Court