# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO. 1:20-CV-00262-GCM-DCK

| | |
|---|---|
| LAUREN BRADSHAW,<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>**Defendant.** | **ORDER** |

       **THIS MATTER** is before the Court on Plaintiff's Consent Motion for Fees Pursuant to the Equal Access to Justice Act (ECF No. 20). Having reviewed the motion, the Court concludes that Plaintiff is entitled to attorneys' fees in the amount of $5,200.00 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

       **IT IS THEREFORE ORDERED** that the Plaintiff's Consent Motion (ECF No. 20) is **GRANTED**. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first. Remaining funds will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor the assignment of EAJA fees, paying them directly to Plaintiff's counsel. No additional petition need be filed under EAJA.

       **SO ORDERED**.

Signed: November 2, 2021

Graham C. Mullen
United States District Judge